UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61056-BLOOM/Valle

DANIEL MITTELMARK,

    Plaintiff,

v.

SUPERIOR ACCESS INSURANCE SERVICES, INC.,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Stipulation for Order of Dismissal with Prejudice, ECF No. [42] ("Stipulation"), filed on December 11, 2018.  The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [42]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 11th day of December, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 18-cv-61056-BLOOM/Valle

Copies to:

Counsel of Record

2